```
MICHELE BECKWITH
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR CLAYTON MORGAN,<br><br>Defendant. | CASE NO. 2:24-CR-0093 DC<br><br>STIPULATED REQUEST TO CONTINUE HEARING AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 31, 2025, with a time exclusion for effective preparation of counsel.

2. The parties jointly request that the status conference be set for March 7, 2025, and request to exclude time between January 31, 2025, and March 7, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena Coggins, under Local Code T4 and 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 600 pages/items of discovery. Those items include: business records; investigative

reports; interviews; photographs; and search warrant documents. Additionally, defense counsel has reviewed some of the digital evidence in the case at the U.S. Attorney's office. The investigators in this case have submitted hundreds of files to the National Center for Missing and Exploited Children and recently received the results. Counsel for multiple series victims have begun submitting restitution requests to the government, which will impact the judgment ultimately imposed in this case.

      b)      A continuance is requested because counsel for both parties need additional time for effective preparation, to address restitution issues and perform necessary research to resolve the case.

      c)      Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government joins in the request for the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 31, 2025 to March 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 23, 2025   MICHELE BECKWITH
Acting United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated: January 23, 2025   /s/ NOA OREN
NOA OREN
Assistant Federal Public Defender
Counsel for Defendant
TREVOR CLAYTON MORGAN

**ORDER**

The Court has read and considered the parties' Stipulation. Good cause appearing, the Court ORDERS the Status Conference set for January 31, 2025 be RESET for March 7, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena Coggins. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is excluded under the Speedy Trial Act between January 31, 2025, and March 7, 2025.

IT IS SO ORDERED.

Dated:  **January 23, 2025**

Dena Coggins
United States District Judge

3