HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
TREVOR MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TREVOR MORGAN,<br><br>    Defendant. | Case No. 2:24-cr-00093-DC<br><br>STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING HEARING AND SET PSR SCHEDULE<br><br>DATE: January 30, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the current sentencing hearing scheduled for November 14, 2025, at 9:30 a.m. be vacated and set for judgment and sentencing on **January 30, 2026, at 9:30 a.m.** Defense counsel needs to continue to confer with Mr. Morgan regarding information for inclusion in the draft presentence report. The probation office does not object to these dates.

    It is therefore requested that the PSR schedule be set, as follows:

    Draft Presentence Report Due:                                  December 29, 2025

    Informal Objections to Presentence Report Due:                 January 5, 2026

    Final Presentence Report Due:                                  January 12, 2026

    Formal Objections to Presentence Report Due:                   January 16, 2026

| | |
|---|---|
| Reply or Statement of Non-Opposition Due: | January 23, 2026 |
| Judgment and Sentencing: | January 30, 2026 |

                                      Respectfully submitted,
                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: October 7, 2025                  */s/ Noa Oren*
                                      NOA OREN
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      TREVOR MORGAN

                                      ERIC GRANT
                                      United States Attorney

DATED: October 7, 2025                  */s/ Jessica Delaney*
                                      JESSICA DELANEY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**O R D E R**

The court, having received, read and considered the parties' stipulated request to continue filed on October 7, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for November 14, 2025, is VACATED and RESET for January 30, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than December 29, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than January 5, 2026; the final Report shall be submitted no later than January 12, 2026; Formal Objections or any Motion for Correction shall be submitted no later than January 16, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than January 23, 2026.

IT IS SO ORDERED.

Dated:   **October 8, 2025**

Dena Coggins
United States District Judge