ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>TREVOR CLAYTON MORGAN,<br><br>                    Defendant. | CASE NO.  2:24-CR-00093 DC<br><br>STIPULATION RE: RESTITUTION; [~~PROPOSED~~] ORDER<br><br>DATE: April 14, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Trevor Clayton Morgan, by and through his counsel of record, hereby stipulate as follows:

1.      On July 18, 2025, Defendant pled guilty to one count of Sexual Exploitation of a Minor in violation of 18 U.S.C. §§ 2251(a) and (e), and one count of Attempted Distribution of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1). *See* ECF Nos. 42, 47. In his plea agreement, Defendant agreed that the conduct to which he pled guilty is covered by 18 U.S.C. § 2259 and requires him to pay mandatory restitution to his victims. *See* ECF 42. He also agreed to pay restitution to any of his minor victims, for the entire scope of his criminal conduct. *Id*.

2.      On January 30, 2026, Defendant was sentenced by this Court to a term of imprisonment of 240 months, with restitution to be determined at a later hearing.  ECF 62.

STIPULATION AND [~~PROPOSED~~] ORDER RE: RESTITUTION

1

3.    In advance of the sentencing hearing, the United States received requests for restitution from victims of Defendant's conduct.  At the time of the sentencing hearing, MV1 had not submitted a restitution request.

4.    Following the sentencing hearing, the United States confirmed with MV1 that they did not intend to request restitution.  Government counsel provided defense counsel with all restitution requests, including contact information for counsel representing the victims.

5.    Defense counsel contacted representatives for the victims, provided additional information about the offense of conviction, and requested settlement of several restitution requests. Following that contact, some of the victims' counsel provided amended restitution requests to both the United States and to defense counsel.

6.    By this stipulation, the parties agree that a restitution order is appropriate under 18 U.S.C. § 2259(a) and that restitution should be ordered in the following amounts to the following victims:

STIPULATION AND [PROPOSED] ORDER RE:
RESTITUTION

2

| Victim | In Care Of | Amount |
| --- | --- | --- |
| "April" | Restore the Child | $3,000.00 |
| "Chelsea" | Restore the Child | $3,000.00 |
| "Ivy" | Restore the Child | $3,000.00 |
| "Julie" | Restore the Child | $3,000.00 |
| "Aaron" | Moore & Van Allen | $3,000.00 |
| "Maureen" | Deborah Bianco | $3,000.00 |
| "Dipper" | Deborah Bianco | $3,000.00 |
| "Maria" | Carol L. Hepburn | $4,000.00 |
| "Layla" | OnderLaw LLC | $3,000.00 |
| "Sarah" | Carol L. Hepburn | $6,000.00 |
| "Lily" | Carol L. Hepburn | $6,000.00 |
| "Eliza" | Jones Day | $3,000.00 |
| "SV" | Jones Day | $3,000.00 |
| "Jenny" | Marsh Law Firm | $3,000.00 |
| "Raven" | Marsh Law Firm | $3,000.00 |
| "Erika" | Marsh Law Firm | $3,000.00 |
| "Sloane" | Carol L. Hepburn | $5,000.00 |
| "Ali" | Moore & Van Allen | $3,000.00 |
| | **Total** | **$63,000.00** |

7. The parties stipulate to and request that the Court issue an amended judgment: (i) reflecting the total amount of restitution owed of $63,000 on Sheet 5, in the section entitled "Criminal Monetary Penalties;" and (ii) include the victims identified above, listing their individual restitution amounts owed, on Sheet 5B. Government counsel has submitted an updated restitution spreadsheet to the probation office, reflecting the amounts above.

8. By previous order, this matter was set for a restitution hearing on April 14, 2026. By this stipulation, the parties agree and request that the Court vacate this restitution hearing.

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: RESTITUTION

3

IT IS SO STIPULATED.

Dated:  March 17, 2026                          ERIC GRANT
                                                United States Attorney


                                                /s/ JESSICA DELANEY
                                                JESSICA DELANEY
                                                Assistant United States Attorney


Dated:  March 17, 2026                          /s/ NOA OREN (as authorized on March
                                                17, 2026)
                                                NOA OREN
                                                Counsel for Defendant
                                                TREVOR CLAYTON MORGAN

**ORDER**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Defendant is ORDERED to pay restitution in the amount of $63,000 as set forth above, with payment to begin immediately. An Amended Judgment to issue.  In light of this Order, the Restitution Hearing set for April 10, 2026 before the Honorable Dena M. Coggins is VACATED.


IT IS SO ORDERED.

Dated:    **March 19, 2026**                                    _____

Dena Coggins
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE:
RESTITUTION